LEIGH GODDARD, NV Bar No. 6315
MEGAN STARICH, NV Bar No. 11284
McDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and mstarich@mcdonaldcarano.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ACCELERATED CARE PLUS CORP., a
Delaware corporation,

        Plaintiff,

v.

DIVERSICARE MANAGEMENT
SERVICES CO., INC., a Tennessee
Corporation, EMILE ROUMEN, an
individual, JOSEPH PANNELL, an
individual, and DIVERSICARE
THERAPY SERVICES, LLC,

        Defendants.
_____/

CASE NO.: 3:11-cv-00585-RCJ-RAM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, ACCELERATED CARE PLUS CORP. ("ACP") and Defendants, DIVERSICARE MANAGEMENT SERVICES, CO., DIVERSICARE THERAPY SERVICES, LLC, EMILE ROUMEN and JOSEPH PANNELL, having reached settlement of this matter, by and through their undersigned counsel of record, hereby stipulate and agree to a dismissal, with prejudice, of any and all claims in the above-captioned matter, with each party to bear its/his own attorneys' fees and costs.

    The parties further stipulate and agree that the Court's Temporary Restraining Order dated August 22, 2011 and oral ruling of August 24, 2011 granting injunctive relief are hereby dissolved, and that the Security in the amount of $5,000.00 posted by ACP on August 16, 2011 shall be returned to ACP.

Finally, the parties stipulate and agree that this Court shall retain jurisdiction for purposes of enforcing the terms of the parties' Settlement Agreement.

DATED December 16, 2011.              DATED December ____, 2011.

*/s/ Leigh Goddard*
Leigh Goddard                          _____
                                       David P. Cañas
Attorney for Plaintiff                 Nicholas F. Frey
Accelerated Care Plus Corp.
                                       Attorneys for Defendant
                                       Diversicare Management Services Co.,
                                       Inc., Diversicare Therapy Services, LLC

DATED December 15, 2011.

*/s/ James W. Puzey*
James W. Puzey
Attorney for Defendants
Emile Roumen and Joseph Pannell

****

## ORDER

Pursuant to the Stipulation of the parties herein,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs;

IT IS FURTHER ORDERED that the security posted by ACP in the amount of $5,000 shall be returned to ACP; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for purposes of enforcing the terms of the parties' Settlement Agreement.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12-30-2011

Finally, the parties stipulate and agree that this Court shall retain jurisdiction for purposes of enforcing the terms of the parties' Settlement Agreement.

DATED December \_\_\_\_\_, 2011.

_____
Leigh Goddard

Attorney for Plaintiff
Accelerated Care Plus Corp.

DATED December _16_, 2011.

_____
David P. Cañas
Nicholas F. Frey

Attorneys for Defendant
Diversicare Management Services Co., Inc., Diversicare Therapy Services, LLC

DATED December \_\_\_\_\_, 2011.

_____
James W. Puzey

Attorney for Defendants
Emile Roumen and Joseph Pannell

\*\*\*\*

### ORDER

Pursuant to the Stipulation of the parties herein,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs;

IT IS FURTHER ORDERED that the security posted by ACP in the amount of $5,000 shall be returned to ACP; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for purposes of enforcing the terms of the parties' Settlement Agreement.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____